IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD GREEN,**<br>        **Petitioner,** : <br> : <br> **v.** : <br> : <br> **BRIAN THOMPSON,** *et al.*, : <br>        **Respondents.** : | **CIVIL ACTION**<br><br>**NO. 13-2496** |

## ORDER

**AND NOW**, this 25th day of June 2013, after a careful and independent review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Doc. No. 3), to which no objections have been filed, and the entire record in this case, and for the reasons stated in the accompanying Opinion filed this day, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The Petition (Doc. No. 1) is **DENIED**.

3. A Certificate of Appealability **SHALL NOT ISSUE.**

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**